THE STATE OF OHIO, APPELLEE, v. SILVERMAN, APPELLANT.

[Cite as *State v. Silverman,* 118 Ohio St.3d 53, 2008-Ohio-1845.]

(No. 2007–1734—Submitted March 26, 2008—Decided April 23, 2008.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Fulmer,* 117 Ohio St.3d 319, 2008-Ohio-936, 883 N.E.2d 1052.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellee.

Rubenstein & Thurman, L.P.A., Inc., and Scott A. Rubenstein, for appellant.